**Motion Denied and Order filed November 17, 2015.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-15-00468-CR
NO. 14-15-00469-CR
_____

**ROOSEVELT HART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1425126 and 1425127**

---

## ORDER

Appellant is represented by appointed counsel, Tonya Rolland. Appellant's brief was originally due August 5, 2015. We have granted a total of 90 days to file appellant's brief until November 4, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On November 4, 2015, counsel filed a further

request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Tonya Rolland to file a brief with the clerk of this court on or before December 4, 2015. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Jamison, McCally and Wise.